**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00491-BNB

JEREMY PINSON, and
ANTOINE BRUCE,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On March 11, 2013, Plaintiff Bruce submitted a motion requesting copies of the Prisoner Complaint and 28 U.S.C. § 1915 Motion and Affidavit.  The Motion, ECF No. 7, is denied.  All motions submitted to this Court in this action must be signed by both Plaintiffs.  *See* Fed. R. Civ. P. 11(a).  An unsigned motion is subject to being stricken if not corrected.  *Id.*

Dated:  March 12, 2013

---