IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  13-cv-00491-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  July 29, 2013 | Courtroom Deputy:   Courtni Covington |
| *Parties:* | *Counsel:* |
| ANTOINE BRUCE, | *Pro Se (appearing by telephone)* |
|        Plaintiff, | |
| v. | |
| C. WILSON, *et al.,* | J. Benedict Garcia |
|        Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:       10:50 a.m.**
Court calls case.  Appearance of counsel.  Antoine Bruce appears *pro se.*

The court addresses Mr. Bruce regarding the purpose of the Preliminary Scheduling Conference.

Discussion between the court and Mr. Bruce regarding his **MOTION to Withdraw from a Magistrate Judge to Exercise Jurisdiction** [Doc. No. 29, filed 6/19/2013].

**ORDERED:**     Plaintiff's MOTION to Withdraw from a Magistrate Judge to Exercise Jurisdiction [Doc. No. 29, filed 6/19/2013] is **DENIED** to the extent Mr. Bruce is moving to withdraw this case from this court's jurisdiction for purposes of pretrial management.

The court moves next to **MOTION Requesting Plaintiff's Body to be Photographed** [Doc. No. 36, filed 7/10/2013].  Discussion between the court and Mr. Bruce regarding his medical issues, treatment he has received, and claims listed in his Amended Complaint.

**ORDERED:**     MOTION Requesting Plaintiff's Body to be Photographed [Doc. No. 36, filed 7/10/2013] is **DENIED**.  The court states it has no authority over a non-party and therefore cannot impose an order against them.

The court notes Defendant C. Wilson has not been served and Defendants A. Osagie, F. Cordova, and Y. Fetterhoff have filed a Motion to Dismiss which is currently pending.

The court states no discovery deadlines shall be set until Mr. Bruce files his Response to the Motion to Dismiss at which time the court will be in a better position to know to what extent the case is moving forward.

HEARING CONCLUDED.
**Court in recess:      11:12 a.m.**
Total time in court:   00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.